# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER NOEL WENTZELL, ) | CA-10-16605 |
| Petitioner-Appellant, ) | |
| ) | 2:10-CV-1024-RLH-RJJ |
| vs. ) | |
| D.W.NEVEN , ) | |
| Respondent-Appellee ) | **ORDER** |

Pursuant to the order filed January 21, 2011 by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED THAT Assistant Federal Public Defender, John Lambrose is appointed to represent Christopher Wentzell for this appeal. Mr. Lambrose's address is 411 E. Bonneville Ave, Suite 250, Las Vegas, NV 89101 and telephone number is 702-388-6577

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 27th day of January, 2011.

_____
Roger L. Hunt
Chief United States District Judge