**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER NOEL WENTZELL, | )<br>)|
| Petitioner, | ) 2:10-cv-01024-RLH-RJJ |
| vs. | ) **ORDER** |
| D.W. NEVEN, *et al.*, | ) |
| Respondents. | ) |

This matter was remanded for further proceedings by the Ninth Circuit Court of Appeals, which issued its mandate on July 11, 2012. However, that mandate has been recalled as issued in error (ECF No. 22). Therefore, the order issued by this Court reopening the case and serving the petition upon respondents (ECF No. 23) was issued in error and is therefore **vacated.**

**IT IS SO ORDERED**.

Dated this  19th  day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE