1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7
8

CHRISTOPHER NOEL WENTZELL                    )
                                             )
9                   Petitioner,              )          2:10-cv-01024-RLH-RJJ
                                             )
10   vs.                                     )          **ORDER**
                                             )
11                                           )
                                             )
12   D.W. NEVEN, *et al.*,                   )
                                             )
13                   Respondents.            )
     _____/

14

15          This matter was remanded for further proceedings by the Ninth Circuit Court of

16   Appeals, which issued its mandate on July 11, 2012.  However, that mandate has been recalled as

17   issued in error (ECF No. 22).  Therefore, the order issued by this Court reopening the case and

18   serving the petition upon respondents (ECF No. 23) was issued in error and is therefore **vacated.**

19          **IT IS SO ORDERED**.

20          Dated this _____19th_____ day of July, 2012.

21

22                                                   _____
                                                     UNITED STATES DISTRICT JUDGE
23
24
25
26