UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WENTZELL,<br><br>      Petitioner,<br><br>vs.<br><br>D.W. NEVEN, *et al.*,<br><br>      Respondents. | Case No. 2:10-cv-01024-RLH-GWF<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 44). Respondents seek a 46-day enlargement of time, up to and including April 28, 2014, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (ECF No. 44) is **GRANTED.** The response shall be filed on or before **April 28, 2014.**

Dated this ___14th___ day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE